David L. LASLEY *v.* STATE of Arkansas
James CLOIRD *v.* Lowber HENDRICKS, Judge

CR 80-103 & CR 80-107                    599 S.W. 2d 144

Supreme Court of Arkansas
Opinion delivered June 2, 1980

## PER CURIAM

Temporary writs of prohibition were granted in these cases pending a decision regarding the Juvenile Code of Arkansas of 1975.

Our decision of May 27, 1980, in *Sargent* v. *Cole*, held that a juvenile over 15 years of age, charged with a criminal act, could be tried in circuit court. Therefore, the temporary writs granted in these cases are dissolved and the appeals are dismissed.